UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**In re:**

| | |
|---|---|
| **FERMIN JORGE GARCIA** | Case No. 6:11-bk-00175-KSJ |
| **YENSY NMN SAINZ,** | Chapter 13 |

        **Debtors.**
_____/

### ORDER GRANTING DEBTORS' MOTION TO AVOID SECOND MORTGAGE LIEN OF CHASE HOME FINANCE, LLC

This case came on for consideration upon the Debtors, FERMIN JORGE GARCIA and YENSY NMN SAINZ',  Motion to Avoid Second Mortgage Lien of Chase Home Finance, LLC (Doc. No. 32).  After reviewing the pleadings and considering the position of interested parties, it is

ORDERED:

1. The Motion to Avoid Lien is granted.

2. Creditor, Chase Home Finance, LLC, has a second mortgage lien on the Debtor's homestead located at 3516 Forest Ridge Lane, Kissimmee, Florida  34741, more particularly described as:

   Lot 56, CRESTWOOD, according to the Plat thereof as recorded in Plat Book 13, Pages 60 through 63 inclusive, of the Public Records of Osceola County, Florida.

   (the "Lien").

3. Upon entry of a discharge, the Lien is avoided and extinguished automatically without  further order;  provided,  however, if the  debtors  fail to make all  required payments and no discharge is entered, the Lien shall survive and remain fully enforceable.

DONE and ORDERED in Orlando, Florida, this 22nd day of April, 2011

                                                                             KAREN S. JENNEMANN
                                                                             United States Bankruptcy Judge

Copies to:
Brian M. Mark, Esquire, Brian Michael Mark, P.A., 100 Church Street, Kissimmee, Florida  34741
Laurie K. Weatherford, Trustee, P.O. Box 3450, Winter Park, Florida 32790-3450
Debtors, Fermin Jorge Garcia and Yensy NMN Sainz, 3516 Forest Ridge Lane, Kissimmee, Florida  34741
Creditor, Chase Home Finance, LLC, Attn:  Officer, General Manager or Resident Agent, Post Office Box 901309, Fort Worth, Texas  76101
Creditor, Chase Home Finance, LLC, c/o Professional Recovery Svc, Attn:  Officer, General Manager or Resident Agent, Post Office Box 1880, Voorhees, New Jersey  08043
Creditor, JP Morgan Chase Bank, National Association, c/o Ascension Capital Group, Inc., Attn:  S. Blair Korschun, Post Office Box 201347, Arlington, Texas  76006